UNITED STATES DISTRICT COURT
WESTERN DISTRICT of LOUISIANA

SCANNED at LSP and Emailed 9-17-26 by VB . 5 pages
date initials No.

RECEIVED
SEP 17 2026
Legal Programs Department

DOCKET NO, 2026-
SEPTEMBER 11, 2026
DEMAND: JURY TRIAL

RECEIVED
Prisoner E-filing
09/17/26
Daniel J. McCoy, Clerk
Western District of Louisiana
Shreveport, Louisiana
BY KAW

26-cv-3666 Sec P

RICKS, WESLEY, 499599
AFRICAN AMERICAN MALE;
PLAINTIFF,

VS.

CITY OF BASTROP; MOREHOUSE PARISH;
OFFICE of CLERK of COURT of MOREHOUSE PARISH;
OFFICE of DISTRICT ATTORNEY of MOREHOUSE PARISH;
OFFICE of SHERIFF of MOREHOUSE PARISH;
OFFICE of REGISTRAR of VOTERS of MOREHOUSE PARISH;
OFFICE of JUDICIAL ADMINISTRATOR of MOREHOUSE PARISH
OFFICE of ATTORNEY GENERAL of LOUISIANA ET AL, —
DEFENDANT(S)

## PETITION UNDER 42 U.S.C. 1983

I. ON OR ABOUT SEPTEMBER 3, 2026, THE PLAINTIFF, WESLEY RICKS, 499599 RECEIVED (INCOMING MAIL) AT THE LOUISIANA STATE PENITENTIARY IN ANGOLA LOUISIANA 70712.

II. THE (INCOMING MAIL) WERE A COPY of GENERAL VENIRE LIST UNDER LA. CODE CRIM. PROC. ART. 408 AND GRAND JURY VENIRE LIST UNDER LA. CODE CRIM. PROC. ART. 411 IN REGARDS TO THE FOURTH JUDICIAL DISTRICT COURT, PARISH of MOREHOUSE, STATE of LOUISIANA BEGINNING NOVEMBER, 2012 TO JULY, 2013. SEE, E.G., (EXHIBIT 1) (EXHIBIT 2)

III. (ALL AND SINGULAR) MEMBERS OF THE MOREHOUSE PARISH GRAND JURY WHO WERE SELECTED ON JANUARY 22, 2013 WERE NOT ON THE GENERAL VENIRE LIST. PURSUANT TO LA. CODE CRIM. PROC. ART. 408, "THE JURY COMMISSION SHALL SELECT IMPARTIALLY AT LEAST THREE HUNDRED PERSONS HAVING THE QUALIFICATION TO SERVE AS JURORS WHO SHALL CONSTITUTE THE GENERAL VENIRE."

IV. (ALL AND SINGULAR) MEMBERS OF THE MOREHOUSE PARISH GRAND JURY WHO WERE SELECTED ON JANUARY 22, 2013 WERE ON THE GRAND JURY VENIRE LIST. PURSUANT TO LA. CODE CRIM. PROC. ART. 411 THE JURY COMMISSION SHALL SELECT IMPARTIALLY AT LEAST TWENTY PERSONS FROM THE GENERAL VENIRE LIST WHO SHALL CONSTITUTE THE GRAND JURY VENIRE.

V. (ALL AND SINGULAR) MEMBERS OF THE MOREHOUSE PARISH GRAND JURY WHO WERE SELECTED ON JANUARY 22, 2013 WERE THE SAME MEMBERS WHO BROUGHT AN INDICTMENT OF FIVE COUNTS OF LA. R.S. 14:42 FIRST DEGREE RAPE AGAINST THIS PLAINTIFF ON JANUARY 24, 2013. SEE, E.G., (EXHIBIT 3).

VI. THE DEFENDANT(S) SHALL MEET AT LEAST ONCE EVERY SIX MONTHS TO SELECT OR SUPPLEMENT THE GENERAL VENIRE FOR GRAND AND PETIT JURORS PURSUANT TO LA. CODE CRIM. PROC. ART. 404.1.

VII. (ALL AND SINGULAR) MEMBERS OF THE MOREHOUSE PARISH GRAND JURY WHO WERE SELECTED ON JANUARY 22, 2013 WERE UNQUALIFIED TO SERVE AS GRAND JURORS ON THE GROUND THAT THEIR NAMES WERE NOT ON THE GENERAL VENIRE LIST THEREBY THE MEMBERS OF THE MOREHOUSE PARISH GRAND JURY HAD NO AUTHORITY OR POWER TO BRING AN INDICTMENT (A TRUE BILL) OF FIVE COUNTS OF LA. R.S. 14:42 FIRST DEGREE RAPE AGAINST THIS PLAINTIFF ON JANUARY 24, 2013.

VIII. THE FIVE COUNTS OF LA. R.S. 14:42 FIRST DEGREE RAPE HAS RECEIVED A LOT OF BAD/NEGATIVE PUBLICITY IN THE STATE OF FLORIDA, STATE OF LOUISIANA, STATE OF GEORGIA AND OTHER STATES IN THE UNITED STATES OF AMERICA. AGAINST THE PLAINTIFF, PLAINTIFF IS BEING EXPOSED TO SECOND-HAND SMOKE, CRUEL AND UNUSUAL PUNISHMENT THEREBY PLAINTIFF IS ENTITLED TO PROCEED IN FORMA PAUPER AS SECOND-HAND SMOKE CAUSES (CANCER) SINCE PLAINTIFF IS EXPOSED TO SECOND-HAND SMOKE 24HRS DAY,

VIIII. PLAINTIFF IS SUING DEFENDANT(S) FOR DEFAMATION, NEGLIGENCE, SLANDER, BREACH OF DUTY, CAUSATION AND EMOTIONAL DISTRESS ON THE GROUND THAT (ALL AND SINGULAR) MEMBERS OF THE MOREHOUSE PARISH GRAND JURY WHO WERE SELECTED ON JANUARY 22, 2013 WERE UNQUALIFIED TO SERVE AS GRAND JURORS BECAUSE THEIR NAMES WERE NOT ON THE GENERAL VENIRE LIST THEREBY THE MEMBERS OF THE MOREHOUSE PARISH GRAND JURY HAD NO AUTHORITY OR POWER TO BRING AN INDICTMENT (A TRUE BILL) OF FIVE COUNTS OF LA.R.S. 14:42 FIRST DEGREE RAPE AGAINST THIS PLAINTIFF ON JANUARY 24, 2013.

## RELIEF

PLAINTIFF REQUEST FOR AN INJUNCTION THAT THE COURT ORDER DEFENDANT(S) TO SUBMIT A COPY OF THE GENERAL VENIRE LIST AND THE GRAND JURY VENIRE LIST TO THIS COURT FOR AN IN CAMERA INSPECTION OF PLAINTIFF'S COMPLAINT, PLAINTIFF REQUEST FOR THE COURT TO ORDER DEFENDANT(S) TO PERFORM THEIR DUTIES AND OBLIGATIONS REGARDING THE MATTER, PLAINTIFF REQUEST FOR AN OPPORTUNITY TO BE HEARD IN PERSON IN A HEARING TO PRESENT DOCUMENTARY EVIDENCE AND WITNESSES, TO CONFRONT AND CROSS-EXAMINE ADVERSE WITNESSES, TO HAVE ATTENDANCE OF MATERIAL WITNESSES IN HIS FAVOR AND TO PRESENT A DEFENSE, PLAINTIFF

REQUEST FOR ANY OTHER AND FURTHER RELIEF THIS COURT DEEMS PROPER AND FAIR OR THAT PLAINTIFF IS ENTITLED TO, PLAINTIFF REQUEST FOR THE COURT TO ORDER DEFENDANT(S) TO PAY ALL AND SINGULAR COSTS AND FEES RELATED TO THIS COMPLAINT, PLAINTIFF REQUEST TO PROCEED IN FORMA PAUPERIS SINCE THE FIVE COUNTS OF LA. R.S. 14:42 FIRST DEGREE RAPE PLACE PLAINTIFF IN IMMINENT DANGER OF PHYSICAL INJURY FROM JANUARY 24, 2013 TO THIS DAY INCLUDING THE FUTURE, PLAINTIFF REQUEST FOR THE PROPER FORMS BE GIVEN TO HIM TO FILL OUT IN A TIMELY MANNER, PLAINTIFF REQUEST FOR A SPECIAL JUDGE IN THIS MATTER BECAUSE THE DISTRICT COURT FEDERAL JUDGE(S) IN THIS COURT HAS A PERSONAL CONFLICT OF INTEREST FROM THEIR JUDGMENT/RULINGS IN THE PAST THAT WERE MADE ON NUMEROUS COMPLAINT(S) FILED IN THIS COURT THEREBY PLAINTIFF WANTS TO SUBPOENA BOTH MALE AND FEMALE JUDGES AS A WITNESSES FOR PLAINTIFF'S COMPLAINT AND EVIDENCE, PLAINTIFF WANTS TO PRESENT A FORMER EMPLOYEE/OFFICER OF MOREHOUSE PARISH, LOUISIANA TO THE SPECIAL JUDGE TO OBTAIN TESTIMONY OF FACTS WHO IS WILLING TO GIVE TESTIMONY ABOUT DEFENDANT(S) NEGLIGENCE, ETC,

SEPTEMBER 11, 2026
DATE

RESPECTFULLY SUBMITTED,
[signature]

WESLEY S. RICKS, 499599
17544 TUNICA TRACE
ANGOLA, LA 70712